UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OBASOHAN,<br><br>    Plaintiff,<br><br>v.<br><br>PETER LEMOS, et al.,<br><br>    Defendants. | No. 2:19-cv-01557 JAM AC<br><br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff, appearing in pro se, filed a complaint and paid the filing fee on August 12, 2019. ECF No. 1. On August 12, 2019, a scheduling order was issued in this case ordering the plaintiff, who is appearing pro se, to serve a copy of the scheduling order and complete service of process on defendants within 90 days of filing the complaint. ECF No. 2 at 1. Plaintiff was cautioned that failure to complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m). <u>Id.</u> The deadline has passed, and no certificate of service has been filed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for February 19, 2020 is VACATED to be re-set as necessary;

2. Plaintiff is Ordered to Show Cause, in writing no later than January 20, 2020, why this action should not be dismissed for failure to prosecute;
3. Plaintiff's filing of a proof of service upon defendants will be deemed good cause shown; and
4. If plaintiff fails to comply with this order, the undersigned will recommend that this case be dismissed.

DATED: January 6, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE